IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER RAMON VALLE, | : |
| Plaintiff, | : |
| v. | : Case No. 7:07-cv-198 (HL) |
| JAMES WILLKOMM, Ass't to Chief of Police, and CITY OF TIFTON, | : |
| Defendants. | : |

## ORDER

This case is before the Court on the Recommendation (Doc. 20) of United States Magistrate Judge G. Mallon Faircloth on Defendants' Motion for Summary Judgment (Doc. 18). The Magistrate Judge recommends granting the Motion for Summary Judgment. Not only did the Plaintiff fail to respond to the Motion for Summary Judgment, but the Plaintiff did not file any objections to the Recommendation. The Recommendation is adopted and made the order of this Court. The Motion for Summary Judgment (Doc. 18) is granted.

**SO ORDERED**, this the 13th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch